UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-281-D-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **INDICTMENT** |
| v. ) | |
| ) | |
| CALLIE WESLEY EDWARDS ) | |

The Grand Jury charges that:

## COUNT ONE

On or about April 23, 2024, in the Eastern District of North Carolina, the defendant, CALLIE WESLEY EDWARDS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, and the firearms were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWO

On or about April 23, 2024, in the Eastern District of North Carolina, the defendant, CALLIE WESLEY EDWARDS, did knowingly and intentionally possess with intent to distribute a quantity of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1).

## COUNT THREE

On or about April 23, 2024, in the Eastern District of North Carolina, the defendant, CALLIE WESLEY EDWARDS, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of

the United States, as charged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a)  One Sig Sauer, Model 365X, 9-millimeter caliber pistol, bearing serial number 66F661012, seized on April 23, 2024, from Callie Wesley Edwards and any and all associated ammunition.

b)  One Palmetto State Armory, PD-15,556 rifle, bearing serial number DCFS110760, seized on April 23, 2024, from the silver Subaru Legacy and any and all associated ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Date: 24 Sep 24

MICHAEL F. EASLEY, JR.
United States Attorney

BY: JAREN E. KELLY
Assistant United States Attorney
Criminal Division