AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.

**CALLIE WESLEY EDWARDS**

WARRANT FOR ARREST

CRIMINAL CASE: 5:24-CR-281-D-RN

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**CALLIE WESLEY EDWARDS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information _____ Complaint

_____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of firearms by a convicted felon
Count 2 - 21 U.S.C. § 841(A)(1): Possess with intent to distribute a quantity of fentanyl
Count 3 - 18 U.S.C. § 924(C)(1)(A)(i): Possession of a firearm in furtherance of a drug trafficking crime

Peter A. Moore, Jr.
Name of Issuing Officer

[signature] Carson Pender
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

SEPTEMBER 24, 2024 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 09/26/2024 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 10/21/2024 | R. Corcoran, ATF | by S. Bowyer, USMS |

FILED

OCT 23 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, E...
BY _____ DEP CLK